# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

PABLO TORRES-FLORES,

    Plaintiff,

v.

MICHAEL D. SCOTT,

    Defendant.

Case No. 3:16-cv-01253-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: May 8, 2018

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY:** *s/Tina Gray*
                                              **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**